■ In the Matter of TEDDY MOORE, Petitioner, v DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent. [42 NYS3d 792]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Moskowitz, Webber, Kahn and Gesmer, JJ.

■ In the Matter of DONALD L. CITAK et al., Petitioners, v LAURA VISITACIÓN-LEWIS, Respondent. [42 NYS3d 792]—The above-named petitioners having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is granted to the extent of directing that the underlying matter be transferred randomly to another Justice, without costs or disbursements. Concur—Andrias, J.P., Saxe, Feinman, Gische and Kahn, JJ.